# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHARLES ANWAH, et al.,

    PLAINTIFFS,

vs.                                                                                    CASE NO. CV-05-J-361-S

JRHBW REALTY, INC. d/b/a
REALTY SOUTH,

    DEFENDANT.

## ORDER

The defendant having filed a motion for extension of page limitation (doc. 33) and the court having considered said motion and having determined that said brief has been filed,

It is therefore **ORDERED** by the court that said motion is MOOT.

**DONE** and **ORDERED** this the 23rd day of March 2006.

*[signature]*
_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE